1020

[No. 53720-2-I. Division One. January 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEIL ATANAW WASIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02079-1, Linda C. Krese and Anita L. Farris, JJ., entered December 11, 2003 and January 14, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 53727-0-I. Division One. January 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VITALY SERBEYEVICH LYSIKOV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00903-7, Linda C. Krese, J., entered January 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54177-3-I. Division One. January 24, 2005.]

JAMES JOHNSON JEREMIAH-NJIRIMANI, *Appellant*, v. HARBORVIEW MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-18234-8, Cheryl B. Carey, J., entered March 25, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54181-1-I. Division One. January 24, 2005.]

KC INVESTMENTS, L.L.C., *Respondent*, v. TERRY WYNIA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-18310-5, Michael Heavey, J., entered April 23, 2004. *Reversed* by unpublished per curiam opinion.